IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CREDIT SUISSE AG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-cv-00121 |
| | § | |
| M/T KANPUR, IMO NO. 9299771, | § | Filed under Rule 9(h) Fed. R. Civ. P. |
| her engines, apparel, furniture, equipment, | § | |
| appurtenances, tackle, etc., *in rem*, *et al*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Credit Suisse AG files this notice of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and would respectfully show as follows:

On April 14, 2017, Credit Suisse filed its verified complaint against the M/T KANPUR, *in rem*, (the "Vessel"), as well as defendant Tremain Shipping Company Limited. On April 14, 2017, this Court ordered the issuance of a warrant of maritime arrest, and the Vessel was duly arrested by the Marshal on April 16, 2017. On May 4, 2017, Plaintiff filed a Notice of Consent to Release of the Vessel from Arrest, and the Vessel was duly released. Neither Defendant has filed an answer or any other responsive pleading, including a motion for summary judgment.

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and the Supplemental Rules for Admiralty or Maritime Claims, Plaintiff hereby gives notice that it is filing this Notice of Dismissal with the intention of dismissing this case <u>without prejudice</u> as to the refiling of same. Plaintiff respectfully requests that the Court enter an order reflecting that this case has been voluntarily dismissed pursuant to this Notice of Dismissal.

150114.00601/105702269v.1

Respectfully submitted,

*/s/ Keith B. Letourneau*
Keith B. Letourneau
State Bar No. 00795893
Federal Bar No. 20041
717 Texas Avenue, Suite 1400
Houston, Texas 77002
Telephone:  (713) 228-6601
Facsimile:   (713) 228-6605
Email: kletourneau@blankrome.com
*Attorney-in-charge for Plaintiff,*
*Credit Suisse AG*

**OF COUNSEL:**
David Meyer
State Bar No. 24052106
Federal I.D. No. 732583
Email: dmeyer@blankrome.com
**BLANK ROME LLP**

## CERTIFICATE OF SERVICE

No other parties have appeared in this action.  However, I certify that a copy of this filing will be sent to counsel for the Defendants.

*/s/ Keith B. Letourneau*
Keith B. Letourneau